CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN 26 2006
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MAYS WILSON TATE, JR.<br>Petitioner, | )<br>)<br>) Case No. 7:05CV00422<br>) |
| v. | ) **FINAL ORDER**<br>) |
| WILLIAM PAGE TRUE, et al.,<br>Respondent. | )<br>) By: Hon. Jackson L. Kiser<br>) Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it now

**ORDERED**

that the respondent's motion to dismiss shall be and hereby is **GRANTED**, and the petition for writ of habeas corpus shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 26th day of January, 2006.

*/s/ Jackson L. Kiser*
Senior United States District Judge